Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, <br><br> Plaintiffs, <br> vs. <br><br> NIXON SHOPPING CENTER, L.L.C., a New Jersey Limited Liability Company; and EDISON CENTER LLC, a New Jersey Limited Liability Company, <br><br> Defendant(s). | Case No:2:16-cv-09407-KSH-CLW |

## NOTICE OF VOLUNTARY DISMISSAL

*(as to Defendant, Nixon Shopping Center, L.L.C.)*

**COME NOW** Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant, NIXON SHOPPING

CENTER, L.L.C., a New Jersey Limited Liability Company. Nothing herein shall affect the lawsuit between Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE against Defendant, EDISON CENTER LLC, a New Jersey Limited Liability Company.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __10__ day of February, 2017, the foregoing document has been electronically filed with the Court via the CM/ECF system, and hereby served via Regular US Mail to Defendant, NIXON SHOPPING CENTER, L.L.C., c/o Carl Segal, Registered Agent, 465 South Street, Morristown, NJ 07962; and to Defendant, EDISON CENTER LLC, c/o Joseph Heimann, Registered Agent, 425 Mount Prospect Avenue, Unit 220, Newark, NJ 07104.

Alan R. Ackerman, Esquire (AA9730)