Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, | |
| Plaintiffs, | Case No: 2:16-cv-09407-KSH-CLW |
| vs. | |
| NIXON SHOPPING CENTER, L.L.C., a New Jersey Limited Liability Company; and EDISON CENTER LLC, a New Jersey Limited Liability Company, | |
| Defendant(s). | |

### ORDER DISMISSING CASE BETWEEN PLAINTIFFS, THE INDEPENDENCE PROJECT, INC. AND RONALD MOORE AND DEFENDANT, NIXON SHOPPING CENTER L.L.C.

THIS CAUSE came before this Court on the Notice of Voluntary Dismissal filed by the Plaintiffs, The Independence Project, Inc. and Ronald Moore against Defendant, Nixon Shopping Center, L.L.C.

After reviewing the Plaintiff's Notice of Voluntary Dismissal and being otherwise advised in the premises, it is otherwise

ORDERED and ADJUDGED

1. That Defendant, Nixon Shopping Center, L.L.C., is dismissed from this action without prejudice, pursuant to Plaintiff's Notice of Voluntary Dismissal.

2. The subject action continues between the Plaintiff, The Independence Project, Inc. and Ronald Moore and Defendant, Edison Center LLC, a New Jersey Limited Liability Company.

DONE AND ORDERED in chambers this 14th day of February, 2017.

UNITED STATES DISTRICT JUDGE

cc: Counsel of Record