# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

THE INDEPENDENCE PROJECT, INC. , et al.

                                 Plaintiff,

v.

                                 Case No.:
                                 2:16–cv–09407–KSH–CLW

                                 Judge Katharine S. Hayden

NIXON SHOPPING CENTER, L.L.C., et al.

                                 Defendant.

## 60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION

It having been reported to the Court that the above–captioned action has been settled,

**IT IS** on this 19th day of March, 2018,

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60–day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.


        /s/ Katharine S. Hayden
        _____
        KATHARINE S. HAYDEN United States District Judge