UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,

        Plaintiffs,

vs.

EDISON CENTER LLC, a New Jersey Limited Liability Company,

        Defendant.

Case No: 2:16-cv-09407-KSH-CLW

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054-4519
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com

_____ 3-6-18
Chryssa Yaccarino, Esq.
The Kelly Firm, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
Telephone: (732) 449-0525
cyaccarino@kbtlaw.com
*Attorney for Defendant*